**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

F I L E D
JUN 2 9 2017
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

ROY EVANS CULPEPPER, JR,   )
  )
    Plaintiff,   )
v.   )     Civil Action No. 3:17CV390–HEH
  )
WILLIAM A. EFIRD, III,   )
  )
    Defendant.   )

## MEMORANDUM OPINION
**(Dismissing Action Without Prejudice)**

By Memorandum Order entered on June 7, 2017, the Court conditionally docketed

Plaintiff's action. On June 15, 2017, the United States Postal Service returned the June 7,

2017 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT AT

THIS ADDRESS." Since that date, Plaintiff has not contacted the Court to provide a

current address. Plaintiff's failure to contact the Court and provide a current address

indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b).

Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                /s/
                HENRY E. HUDSON
Date: Jun 29 2017        UNITED STATES DISTRICT JUDGE
Richmond, Virginia